No. 571. ROYAL INDEMNITY CO. ET AL. *v.* ANDREW, SUPERINTENDENT OF BANKING OF IOWA, AS RECEIVER. March 3, 1930. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Mr. Casper Schenk* for petitioners. No appearance for respondent.

No. 572. AMERICAN SURETY CO. *v.* MULLENDORE, RECEIVER. March 3, 1930. Petition for writ of certiorari to the Supreme Court of Montana denied. *Mr. Sterling M. Wood* for petitioner. *Messrs. Charles H. Loud* and *William B. Leavitt* for respondent.

No. 575. MOFFETT ET AL. *v.* UNITED STATES. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Isaac Lobe Strauss* and *Edgar Allan Poe* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *Mahlon D. Kiefer* for the United States.

No. 576. CALDWELL *v.* UNITED STATES. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Mark Goode* for petitioner. *Attorney General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 577. CALDWELL *v.* UNITED STATES. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Mark Goode*

for petitioner. *Attorney General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 578. UIHLEIN *v.* CITY OF ST. PAUL ET AL. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edward S. Stringer* for petitioner. *Messrs. Eugene M. O'Neill* and *Lewis L. Anderson* for respondents.

No. 580. PHOENIX BUILDING & HOMESTEAD ASSN. *v.* E. A. CARRERE'S SONS. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Royal E. Burnham* for petitioner. No appearance for respondents.

No. 582. CINCINNATI, NEW ORLEANS & TEXAS PACIFIC RY. CO. *v.* McGILL, ADMINISTRATRIX. March 3, 1930. Petition for writ of certiorari to the Court of Appeals of Tennessee denied. *Messrs. John Weld Peck* and *Horace M. Carr* for petitioner. *Mr. W. T. Kennerly* for respondent.

No. 585. ALDINE REALTY CO. *v.* MANOR REAL ESTATE & TRUST CO. March 3, 1930. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Joseph Stadtfeld* for petitioner. *Messrs. William S. Dalzell* and *Frederic D. McKenney* for respondent.